## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: CERTAIN CONSOLIDATED ROFLUMILAST CASES | Consolidated Civil Action No. 3:15-cv-03375-FLW-DEA |
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> MICRO LABS USA, INC. and MICRO LABS LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 3:15-cv-07921-FLW-DEA |
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> APOTEX CORP. and APOTEX INC., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 3:15-cv-08492-FLW-DEA |

RECEIVED

FEB 01 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## ORDER TO CONSOLIDATE

THIS MATTER having been presented to the Court by and through counsel of record for

Plaintiffs Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited

(collectively, "Plaintiffs") and Defendants Apotex Corp, Apotex Inc., Micro Labs USA, Inc., and

1

Micro Labs Ltd. (collectively, "Defendants") in the above-captioned actions (3:15-cv-07921-FLW-DEA and 3:15-cv-08492-FLW-DEA, collectively, the "Related Actions"), and

WHEREAS, Plaintiffs filed a number of actions on May 14, 2015 pursuant to the Hatch Waxman Act with respect to Plaintiffs' DALIRESP® product, all of which have been consolidated into *In re: Certain Consolidated Roflumilast Cases*, Civil Action No. 3:15-cv-03375-FLW-DEA (the "Lead Case");[1]

WHEREAS, the Related Actions are assigned to the Honorable Freda L. Wolfson, United States District Judge, and the Honorable Douglas E. Arpert, United States Magistrate Judge;

WHEREAS, all parties in the Related Actions have agreed to abide by the schedule entered in the Lead Case (Dkt. No. 37);

WHEREAS, consolidation of the Related Actions into the Lead Case for pretrial and case management purposes will promote the interests of efficiency, conserve judicial and litigant resources, eliminate the burden of duplicative hearings, eliminate the burden of duplicative discovery on common issues, prevent waste of judicial resources, and reduce the overall costs and burdens for all parties; and

WHEREAS, all parties in the Related Actions and the Lead Case have consented to consolidation of the actions for pretrial and case management purposes.

IT IS on this __1st__ day of __February__, 2016 **ORDERED** that:

1. The Related Actions are consolidated with the Lead Case for pretrial and case management purposes only;

---

[1] The actions previously consolidated into the Lead Case are 3:15-cv-3376-FLW-DEA, 3:15-cv-3377-FLW-DEA, 3:15-cv-3378-FLW-DEA, 3:15-cv-3379-FLW-DEA, 3:15-cv-3380-FLW-DEA, 3:15-cv-3382-FLW-DEA, 3:15-cv-3383-FLW-DEA, 3:15-cv-3384-FLW-DEA, and 3:15-cv-3385-FLW-DEA (collectively, the "Previously Consolidated Actions").

2

2. The dockets for the Related Actions shall not be closed by the Clerk of the Court and shall remain open for filings as provided by this Order;

3. All filings of general application to the Related Actions shall be filed in the Lead Case;

4. All filings of general application to the Related Actions shall use the following caption:

| | |
|---|---|
| IN RE: CERTAIN CONSOLIDATED ROFLUMILAST CASES | Consolidated Civil Action No. 15-03375 (FLW) (DEA) |

5. All filings of general application to the Related Actions made in the Lead Case shall be deemed filed in all Related Actions and Previously Consolidated Actions;

6. The Clerk of the Court is requested to provide notice to counsel in all Related Actions and Previously Consolidated Actions of filings in the Lead Case; and

7. All filings intended to apply to fewer than all of the Related Actions shall be filed in the Related Action to which the filing applies.

_____
Hon. Douglas E. Arpert, U.S.M.J.

8. The Conferences set for February 25, 2016 in Civil Action Nos. 15-7921 and 15-8492 are Cancelled.

9. The Scheduling Order filed on November 10, 2015 [dkt. no. 37] shall apply to Civil Action Nos. 15-7921 and 15-8492.

3