IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IN RE: CERTAIN CONSOLIDATED
ROFLUMILAST CASES

---

3:15-cv-3378
Consolidated Civil Action 3:15-cv-03375-FLW-DEA
Hon. Freda L. Wolfson, U.S.D.J.
Hon. Douglas E. Arpert, U.S.M.J.

## CONSENT JUDGMENT

AstraZeneca AB, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited (hereinafter collectively "AstraZeneca"), and Strides Pharma, Inc. and Strides Pharma Global Pte Limited (hereinafter collectively "Strides"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement and License Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 21st day of February, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Strides Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 208247 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 8,604,064, 8,618,142 and 8,536,206; and (iii) the term "Affiliate" shall mean any entity or person that, directly or

indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Strides; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement and the licenses and permissions therein, Strides, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Strides Product.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Freda L. Wolfson, U.S.D.J.

2

We hereby consent to the form and entry of this Order:

\_\_s/John E. Flaherty_____
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

Einar Stole
Michael N. Kennedy
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, D.C.  20001
(202) 662-6000

*Attorneys for* AstraZeneca *AB. AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited*

\_\_s/Andrew J. Miller_____
Andrew J. Miller (amiller@buddlarner.com)
H. Howard Wang (hwang@buddlarner.com)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

*Attorneys for Defendants*
*Strides Pharma, Inc. and Strides Pharma Global Pte Limited*